OPINIONS OF THE SUPREME COURT OF OHIO
    The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.
    Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.
    NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

The State of Ohio, Appellant, v. Jackson et al., Appellees.
[Cite as State v. Jackson (1994),     Ohio St.3d    .]
Appeal dismissed as improvidently allowed.
    (No. 93-1176 -- Submitted May 10, 1994 -- Decided June 22, 1994.)
    Appeal from the Court of Appeals for Hamilton County, Nos. C-910777, C-910778, C-910779 and C-910780.

    Joseph T. Deters, Hamilton County Prosecuting Attorney, and William E. Breyer, Assistant Prosecuting Attorney, for appellant.
    Judith L. Rauchman, for appellee Nathaniel Jackson.
    Peter Rosenwald, for appellee Ronald Webster.
    Raymond T. Faller, for appellee Marvin Murrell.
    Thomas W. Miller and W. Kelly Johnson, for appellee Tim Murrell.

    The cause is dismissed, sua sponte, as having been improvidently allowed.
    Moyer, C.J., A.W. Sweeney, Douglas, Wright and F.E. Sweeney, JJ., concur.
    Resnick and Pfeifer, JJ., dissent and would reverse the judgment of the court of appeals.